IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS RICHARDSON,

        Plaintiff,                                      ORDER

    v.                                                08-cv-200-slc

RICK RAEMISCH, Secretary, Dept.
of Corrections,

        Defendant.

---

In an order entered in this case on April 15, 2008, I stayed a decision on plaintiff's request to proceed in forma pauperis and gave him until May 5, 2008, in which to submit either a supplemental trust fund account statement or payment of $200 to cover the balance of the $350 filing fee. Now plaintiff has submitted a payment of $200.

Because plaintiff is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, even though he has paid the full filing fee plaintiff cannot proceed with this action unless the court grants him permission to do so after screening his complaint pursuant to 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915A

to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

Further, IT IS ORDERED that plaintiff's request for leave to proceed in forma pauperis is DENIED as moot.

Entered this 25th day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge