IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS RICHARDSON,

                                                ORDER

                Plaintiff,

                                            08-cv-200-bbc

    v.

RICK RAEMISCH, Secretary,
Department of Corrections, DR.
ELLIOTT and JODINE DEPPISCH,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On May 30, 2008 I granted plaintiff leave to proceed on his Eighth Amendment claims that defendants Dr. Elliott and Jodine Deppisch refused to provide him with any treatment for his serious post-traumatic stress disorder and that defendant Rick Raemisch approved a policy to refuse treatment to prisoners who suffer from post traumatic stress disorder. Prior to filing their answer, defendants moved for summary judgment on the ground that plaintiff failed to properly exhaust available remedies.

      Because a pretrial conference has not yet been held in this case, plaintiff has not been provided with a copy of this court's procedures for filing or opposing dispositive motions. For this reason, I will deny defendants' motion for summary judgment as premature.

1

Defendants will be free to renew their motion in accordance with the schedule provided by the magistrate judge at the pretrial conference.

ORDER

IT IS ORDERED that defendants' motion for summary judgment is DENIED without prejudice to their refiling their motion in accordance with the schedule that will be set by the magistrate judge at the preliminary pretrial conference.

Entered this 16th day of July, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge