# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DENNIS RICHARDSON,

    Plaintiff,

v.

RICK RAEMISCH, JODINE DEPPISCH, and DR. ELLIOTT,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-200-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants without prejudice.

PETER OPPENEER

Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____12/23/08_____
Date